COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__MIDLAND__ DIVISION

**FILED**
MAY 22 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ___LW___
                    DEPUTY

__WILLIAM E. JOHNSON    493576__
Plaintiff's name and ID Number

__W. Tx TSF, Brownfield, Tx__
Place of Confinement

CASE NO. __7:17-CV-103__
(Clerk will assign the number)

V.
__DAVID GUTIERREZ, CHAIRMAN
TX. BOARD OF PARDONS & PAROLES
209 W. 14th St. Rm 500, Austin, Tx 78711__
Defendant's name and address

__JOANIE WHITE, Asst. Dir.
TDCJ TIME CALCULATION
P.O. Box 99
Huntsville, Tx__
Defendant's name and address

__Management & Training Corp.
2995 Dawn Dr., Ste. 106
Georgetown, Texas 78626__
Defendant's name and address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

II.   PLACE OF PRESENT CONFINEMENT: W. Tx ISF, 2002 Lamesa Hwy, Brownfield, Tx 79316

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?   ___YES   ✓NO

Attach proof of the Step 2 grievance with the response supplied by the prison system.

Parole has no grievance process

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: William E. Johnson, 493576
2002 Lamesa Hwy, W. Tx. ISF A28
Brownfield, Texas 79316

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: David Gutierrez, Chair, Texas Brd. of Pardons & Paroles, 209 W. 14th St., Ste. 500, Austin, Texas 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of civil rights for illegal restraint; 18 U.S.C. § 241; 5, 6, 8, 9 § 14th Amend. Civil Rights Act 1861; False incarceration

Defendant #2: Joanie White, Asst. Dir., T.D.C.J. Time Calculation P.O. Box 99, Huntsville, Texas 79342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of civil rights by illegal restraint; 18 U.S.C. § 241; 5, 6, 8, 9 § 14th Amend. Civil Rights Act 1861

Defendant #3: Management & Training Corp., 2995 Dawn Drive, Ste. 106, Georgetown, Texas 78628

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Conspired to violate Plaintiff's civil rights 6th, 8th, 9 § 14th Amend. 18 USC § 241, 242 § 243; False detention

Defendant #4: Troy Fox, Parole Commissioner, 209 W. 14th St., Ste 500, Austin, Texas 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Conspired to violate Plaintiff's civil rights; 5th, 6th, 8th, 9th § 14th Amend. 18 USC § 241-243; False detention

Defendant #5: Ed Robertson, Parole Commissioner, 209 W. 14th St., Ste. 500, Austin, Texas 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Conspired to violated Plaintiff's civil rights; 5, 6, 8, 9 § 14th Amend. 18 U.S.C. § 241-243; False incarceration

V. STATEMENT OF CLAIM: Jury Trial Requested; 7th Amend.

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On Aug. 2, 2013, Plaintiff's Judicially-imposed sentence legally expired and ceased to exist. (See attached Judgment). Joanne White, Asst Dir. T.D.C.J. Time Calculations, has intentionally misapplied law and violated Art. 2, Tx. Const; Arts 1, 2, 5, 3 of the U.S. Const., by illegally ADDING Time to a Judicially-imposed sentence with NO Judicial authority. David Gutierrez has co-conspired, even with "NOTICE" filed, to have Plaintiff restrained of his liberty on a now EXPIRED & BREACHED "Plea Contract" (illegal on inception; Plea not signed; refused Jury trial by trial Judge), acts which violate 5th, 6th, 8th, 9th & 14th Amendments of U.S. Constitution; Tx. Const Art 1, §§ 13, 15 & 19.

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ORDER Plaintiff's immediate release; Restrain ALL further acts by State & agencies; Monetary reparation. Jury Trial requested. Expunction of all records.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
Willie Johnson (name given by trial Judge)

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. 1935476; 03256575

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case Number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?    ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): _____

   2. Case Number: _____

   3. Approximate date warnings were imposed: _____

Executed on: _____
              DATE

*William E Johnson*
*Wm E Johnson*
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this *Thu 17th* day of *May*, *2017*.
             (Day)              (month)           (year)

*William E. Johnson*
*Wm E Johnson*
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.